UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                    CASE NO.  3:15cr60-MCR

GARY R. TOMEY, II
and
ERIC T. EAKES

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   May 13, 2016
Motion/Pleadings:  [SECOND] MOTION IN LIMINE

Filed by   Defendant GARY R. TOMEY, II   on   5/13/2016   Doc.#   58
RESPONSES:

                                            on _____ Doc.# _____

_____  Stipulated       _____  Joint Pldg.
_____  Unopposed        _____  Consented

                                            JESSICA J. LYUBLANOVITS,
                                            CLERK OF COURT

                                            s/ *Susan Simms*

LC (1 OR 2)                                 Deputy Clerk: Susan Simms

### *ORDER*

Upon consideration of the foregoing, it is ORDERED this 13th day of May, 2016, that the relief requested is denied.  The exhibits are admissible notwithstanding Rule 408, as long as they are offered for a purpose other than to prove the validity of the claims against Defendants.  United States v. King, 623 Fed. Appx. 962, 966 (11th Cir. 2015) (holding that a United States Postal Service administrative complaint and cease-and-desist order were not inadmissible under Rule 408 when "offered to show that the defendant continued to participate in the scheme even after she was told that it was fraudulent.").

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**