**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **CASE NO. 3:15cr60/MCR**

**GARY R. TOMEY II**
**and**
**ERIC T. EAKES,**

**Defendants.**
______________________________/

# VERDICT

We, the Jury, in the above entitled and numbered case, unanimously find beyond a reasonable doubt that the Defendant GARY R. TOMEY, II is:

## COUNT ONE

____ NOT GUILTY

_✓_ GUILTY

Anthony DiLoreto
Kennan Todd Bond
Terry Mercer

If you have found Defendant GARY R. TOMEY, II guilty of COUNT ONE, then please check any that apply, based on your unanimous agreement:

_✓_ The object of the conspiracy charged in COUNT ONE was wire fraud.

_✓_ The object of the conspiracy charged in COUNT ONE was mail fraud.

FILED IN OPEN COURT THIS
5/26/16
CLERK, U.S. DISTRICT COURT, NORTH. DIST. FLA.

✓ Defendant GARY R. TOMEY, II committed the offense charged in COUNT ONE in connection with the conduct of telemarketing.

✓ Defendant GARY R. TOMEY, II, in committing the offense charged in COUNT ONE, victimized ten or more persons over the age of 55.

**COUNT TWO**

___ NOT GUILTY

✓ GUILTY

If you have found Defendant GARY R. TOMEY, II guilty of COUNT TWO, then please check any that apply, based on your unanimous agreement:

✓ Defendant GARY R. TOMEY, II committed the offense charged in COUNT TWO in connection with the conduct of telemarketing.

✓ Defendant GARY R. TOMEY, II, in committing the offense charged in COUNT TWO, victimized ten or more persons over the age of 55.

## COUNT THREE

____ NOT GUILTY

_✓_ GUILTY

If you have found Defendant GARY R. TOMEY, II guilty of COUNT THREE, then please check any that apply, based on your unanimous agreement:

_✓_ Defendant GARY R. TOMEY, II committed the offense charged in COUNT THREE in connection with the conduct of telemarketing.

_✓_ Defendant GARY R. TOMEY, II, in committing the offense charged in COUNT THREE, victimized ten or more persons over the age of 55.

## COUNT FOUR

____ NOT GUILTY

_✓_ GUILTY

If you have found Defendant GARY R. TOMEY, II guilty of COUNT FOUR, then please check any that apply, based on your unanimous agreement:

_✓_ Defendant GARY R. TOMEY, II committed the offense charged in COUNT FOUR in connection with the conduct of telemarketing.

_✓_ Defendant GARY R. TOMEY, II, in committing the offense charged in COUNT FOUR, victimized ten or more persons over the age of 55.

## COUNT FIVE

____ NOT GUILTY

✓ GUILTY

If you have found Defendant GARY R. TOMEY, II guilty of COUNT FIVE, then please check any that apply, based on your unanimous agreement:

✓ Defendant GARY R. TOMEY, II committed the offense charged in COUNT FIVE in connection with the conduct of telemarketing.

✓ Defendant GARY R. TOMEY, II, in committing the offense charged in COUNT FIVE, victimized ten or more persons over the age of 55.

## COUNT SIX

____ NOT GUILTY

✓ GUILTY

If you have found Defendant GARY R. TOMEY, II guilty of COUNT SIX, then please check any that apply, based on your unanimous agreement:

✓ Defendant GARY R. TOMEY, II committed the offense charged in COUNT SIX in connection with the conduct of telemarketing.

✓ Defendant GARY R. TOMEY, II, in committing the offense charged in COUNT SIX, victimized ten or more persons over the age of 55.

**COUNT SEVEN**

____ NOT GUILTY

✓ GUILTY

If you have found Defendant GARY R. TOMEY, II guilty of COUNT SEVEN, then please check any that apply, based on your unanimous agreement:

✓ Defendant GARY R. TOMEY, II committed the offense charged in COUNT SEVEN in connection with the conduct of telemarketing.

✓ Defendant GARY R. TOMEY, II, in committing the offense charged in COUNT SEVEN, victimized ten or more persons over the age of 55.

**COUNT EIGHT**

____ NOT GUILTY

✓ GUILTY

If you have found Defendant GARY R. TOMEY, II guilty of COUNT EIGHT, then please check any that apply, based on your unanimous agreement:

✓ Defendant GARY R. TOMEY, II committed the offense charged in COUNT EIGHT in connection with the conduct of telemarketing.

✓ Defendant GARY R. TOMEY, II, in committing the offense charged in COUNT EIGHT, victimized ten or more persons over the age of 55.

We, the Jury, in the above entitled and numbered case, unanimously find beyond a reasonable doubt that the Defendant ERIC T. EAKES is:

**COUNT ONE**

_X_ NOT GUILTY

____ GUILTY

If you have found Defendant ERIC T. EAKES guilty of COUNT ONE, then please check any that apply, based on your unanimous agreement:

____ The object of the conspiracy charged in COUNT ONE was wire fraud.

____ The object of the conspiracy charged in COUNT ONE was mail fraud.

____ Defendant ERIC T. EAKES committed the offense charged in COUNT ONE in connection with the conduct of telemarketing.

____ Defendant ERIC T. EAKES, in committing the offense charged in COUNT ONE, victimized ten or more persons over the age of 55.

## COUNT TWO

✓ NOT GUILTY

____ GUILTY

If you have found Defendant ERIC T. EAKES guilty of COUNT TWO, then please check any that apply, based on your unanimous agreement:

____ Defendant ERIC T. EAKES committed the offense charged in COUNT TWO in connection with the conduct of telemarketing.

____ Defendant ERIC T. EAKES, in committing the offense charged in COUNT TWO, victimized ten or more persons over the age of 55.

## COUNT THREE

✓ NOT GUILTY

____ GUILTY

If you have found Defendant ERIC T. EAKES guilty of COUNT THREE, then please check any that apply, based on your unanimous agreement:

____ Defendant ERIC T. EAKES committed the offense charged in COUNT THREE in connection with the conduct of telemarketing.

____ Defendant ERIC T. EAKES, in committing the offense charged in COUNT THREE, victimized ten or more persons over the age of 55.

## COUNT FOUR

√ NOT GUILTY

____ GUILTY

If you have found Defendant ERIC T. EAKES guilty of COUNT FOUR, then please check any that apply, based on your unanimous agreement:

____ Defendant ERIC T. EAKES committed the offense charged in COUNT FOUR in connection with the conduct of telemarketing.

____ Defendant ERIC T. EAKES, in committing the offense charged in COUNT FOUR, victimized ten or more persons over the age of 55.

## COUNT FIVE

√ NOT GUILTY

____ GUILTY

If you have found Defendant ERIC T. EAKES guilty of COUNT FIVE, then please check any that apply, based on your unanimous agreement:

____ Defendant ERIC T. EAKES committed the offense charged in COUNT FIVE in connection with the conduct of telemarketing.

____ Defendant ERIC T. EAKES, in committing the offense charged in COUNT FIVE, victimized ten or more persons over the age of 55.

**COUNT SIX**

✓ NOT GUILTY

_____ GUILTY

If you have found Defendant ERIC T. EAKES guilty of COUNT SIX, then please check any that apply, based on your unanimous agreement:

_____ Defendant ERIC T. EAKES committed the offense charged in COUNT SIX in connection with the conduct of telemarketing.

_____ Defendant ERIC T. EAKES, in committing the offense charged in COUNT SIX, victimized ten or more persons over the age of 55.

**COUNT SEVEN**

✓ NOT GUILTY

_____ GUILTY

If you have found Defendant ERIC T. EAKES guilty of COUNT SEVEN, then please check any that apply, based on your unanimous agreement:

_____ Defendant ERIC T. EAKES committed the offense charged in COUNT SEVEN in connection with the conduct of telemarketing.

_____ Defendant ERIC T. EAKES, in committing the offense charged in COUNT SEVEN, victimized ten or more persons over the age of 55.

## COUNT EIGHT

__✓__ NOT GUILTY

_____ GUILTY

If you have found Defendant ERIC T. EAKES guilty of COUNT EIGHT, then please check any that apply, based on your unanimous agreement:

_____ Defendant ERIC T. EAKES committed the offense charged in COUNT EIGHT in connection with the conduct of telemarketing.

_____ Defendant ERIC T. EAKES, in committing the offense charged in COUNT EIGHT, victimized ten or more persons over the age of 55.

SO SAY WE ALL, this 26th day of May, 2016.

Redacted per privacy policy

Foreperson's Signature